IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, NATIONAL )
STABILIZATION AGREEMENT OF )
THE SHEET METAL INDUSTRY )
TRUST FUND, et al. )
)
    Plaintiffs, )
)
    v. ) 1:11cv29(LMB/TRJ)
)
FIELD & SONS HVAC, et al. )
)
    Defendants. )

ORDER

On July 12, 2011, a magistrate judge issued a Report and Recommendation ("Report"), in which he recommended that a default judgment in the amount of $55,519.29, consisting of delinquent contributions in the amount $37,399.94, interest in the amount of $4,654.89, $7,463.59 in liquidated damages, and attorneys' fees and costs in the amount of $4,870.87, and audit costs of $1,130.00 be awarded to plaintiffs. The parties were advised that any objections to the Report had to be filed within fourteen days of receipt of the Report and that failure to file timely objections waived appellate review of any judgment based on the Report. As of August 8, 2011, no objections have been filed.

Having fully reviewed the Report, case file, and plaintiffs' Motion for Default Judgment, with its attachments, we find that the Report accurately states the relevant facts and law. Therefore,

we adopt the findings and conclusions of the Report and for the reasons stated therein, it is hereby

ORDERED that the plaintiffs' Motion for Default Judgment be and is GRANTED, and the plaintiffs' proposed Order and Judgment by default will be entered.

The Clerk is directed to enter judgment in the plaintiffs' favor pursuant to Fed. R. Civ. P. 55 and forward copies of this Order, along with the Order and Judgment to counsel of record for plaintiffs and to the defendants at the addresses listed in the case file.

Entered this 11th day of August, 2011.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia